| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the:<br>DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____  Chapter  11 |
|  ☐ Check if this is an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  PJS Construction Custom Building & Remodeling

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  47-4798921

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 7 Birch Place | |
| New Providence, NJ 07974 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Union | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor PJS Construction Custom Building & Remodeling Case number (*if known*) _____
 Name

7. **Describe debtor's business** A. *Check one:*
 ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
 ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
 ☐ Railroad (as defined in 11 U.S.C. § 101(44))
 ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
 ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
 ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
 ☒ None of the above

 B. *Check all that apply*
 ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
 ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
 ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

 C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
 http://www.uscourts.gov/four-digit-national-association-naics-codes.
 ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?** *Check one:*
 ☐ Chapter 7
 ☐ Chapter 9
 ☒ Chapter 11. *Check **all** that apply*:
 ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
 ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
 ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
 ☐ A plan is being filed with this petition.
 ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
 ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
 ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
 ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
 If more than 2 cases, attach a separate list.
 ☒ No.
 ☐ Yes.
 District _____ When _____ Case number _____
 District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
 ☒ No
 ☐ Yes.

 List all cases. If more than 1, attach a separate list
 Debtor _____ Relationship _____
 District _____ When _____ Case number, if known _____

Debtor __PJS Construction Custom Building & Remodeling__    Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*
- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
   Contact name _____
   Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   PJS Construction Custom Building & Remodeling   Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 30, 2025
MM / DD / YYYY

X  /s/   Paul J. Scappetto                Paul J. Scappetto
Signature of authorized representative of debtor        Printed name

Title   Managing Member

**18. Signature of attorney**

X  /s/ Melinda Middlebrooks        Date   September 30, 2025
Signature of attorney for debtor                MM / DD / YYYY

Melinda Middlebrooks
Printed name

Middlebrooks Shapiro, P.C.
Firm name

841 Mountain Avenue
Springfield, NJ 07081
Number, Street, City, State & ZIP Code

Contact phone   (973) 218-6877       Email address   middlebrooks@middlebrooksshapiro.com

4186 NJ
Bar number and State

Fill in this information to identify the case:

Debtor name: PJS Construction Custom Building & Remodeling

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Rahul Sabnis and Dipty Mohite<br>c/o Coughlin Midlige & Garland, LLP<br>350 Mount Kemble Avenue<br>P.O. Box 1917<br>Morristown, NJ 07962-1917 | | | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Reliance Platinum LLC<br>d/b/a MYNT Advance<br>c/o Rickin Desai Law, P.C.<br>235 Demott Avenue<br>Clifton, NJ 07011 | | | Contingent<br>Unliquidated<br>Disputed | | | $21,934.15 |

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


New Jersey Division of Taxation
Compliance and Enforcement - Bankruptcy
3 John Fitch Way, 5th Floor P.O. Box 245
Trenton, NJ 08695-0245


Paul J. Scappetto
7 Birch Place
New Providence, NJ 07974


Rahul Sabnis and Dipty Mohite
c/o Coughlin Midlige & Garland, LLP
350 Mount Kemble Avenue P.O. Box 1917
Morristown, NJ 07962-1917


Rahul Sabnis and Dipty Mohite
c/o Valantina Mikail Hedvat, LLC
P.O. Box 1683
West Caldwell, NJ 07007-1683


Reliance Platinum LLC
d/b/a MYNT Advance
c/o Rickin Desai Law, P.C. 235 Demott Av
Clifton, NJ 07011


The Law Offices of Steven Zakharyayev
Empire Recovery Solutions, LLC
10 W. 37th St, RM 602
New York, NY 10018


United States Attorney
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, NJ 07102


United States Attorney General
United States Department of Justice
Ben Franklin Station P.O. Box 683
Washington, DC 20044


United States Department of Justice
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

# United States Bankruptcy Court
## District of New Jersey

In re: PJS Construction Custom Building & Remodeling  
Debtor(s)

Case No.  
Chapter: 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   PJS Construction Custom Building & Remodeling   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

September 30, 2025  
Date

/s/ Melinda Middlebrooks  
Melinda Middlebrooks  
Signature of Attorney or Litigant  
Counsel for   PJS Construction Custom Building & Remodeling  
Middlebrooks Shapiro, P.C.  
841 Mountain Avenue  
Springfield, NJ 07081  
(973) 218-6877  Fax:(973) 218-6878  
middlebrooks@middlebrooksshapiro.com